RECEIVED

AUG 2 5 2014


TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

DERRICK DAMON RAINWATER            DOCKET NO. 14-CV-761, SEC. P
FED. REG. #25805077

VERSUS                              JUDGE STAGG

WARDEN WERLICH                      MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Rainwater's petition pursuant to 28 U.S.C. §2241 be denied and dismissed for lack of jurisdiction.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, on this 25th day of August, 2014.

TOM STAGG
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA